UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 16-24918-CIV-MARTINEZ/GOODMAN

DIANA BERBER,

    Plaintiff,

vs.

WELLS FARGO BANK, N.A., *et al.*,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation Defendant Wells Fargo, N.A.'s Renewed Motion to Tax Costs, (ECF No. 305). Magistrate Judge Goodman filed a Report and Recommendation recommending that the Motion be granted in part and denied in part, and that Wells Fargo be awarded $14,624.20 in taxable costs, (ECF No. 316). The Court has reviewed the entire file and record, and notes that no objections have been filed. After careful consideration, it is hereby:

**ADJUDGED** that United States Magistrate Judge Goodman's Report and Recommendation (ECF No. 316) is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that Wells Fargo's Renewed Motion to Tax Costs (ECF No. 305) is **GRANTED in part** and **DENIED in part**. Wells Fargo shall be awarded **$14,624.20** in taxable costs.

DONE AND ORDERED in Chambers at Miami, Florida, this 10th day of February, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Goodman
All Counsel of Record